**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOGHINDER SINGH, | No. 12-70227 |
| Petitioner, | Agency No. A095-584-627 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 19, 2013**

Before:     CANBY, TROTT, and THOMAS, Circuit Judges.

Joghinder Singh, a native and citizen of India, petitions for review of the

Board of Immigration Appeals' ("BIA") order denying his motion to reopen

removal proceedings.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

an abuse of discretion the denial of a motion to reopen. *Toufighi v. Mukasey*, 538 F.3d 988, 992 (9th Cir. 2008). We deny the petition for review.

The BIA did not abuse its discretion in denying Singh's untimely second motion to reopen where Singh filed the motion over four years after the BIA's final decision, *see* 8 C.F.R. § 1003.2(c)(2), and failed to establish prima facie eligibility for relief, *see Toufighi*, 538 F.3d at 996-97. We reject Singh's contention the BIA failed to properly address his evidence, or otherwise abused its discretion in considering his claims. *See id.* at 992 ("This Court defers to the Board's exercise of discretion unless it acted arbitrarily, irrationally or contrary to law.").

**PETITION FOR REVIEW DENIED.**

12-70227